USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07

**SCOTT GLEN CERBIN**
**ATTORNEY AT LAW**

LAW OFFICE OF SCOTT G. CERBIN, LLC
26 COURT STREET  SUITE 810
BROOKLYN, NEW YORK 11242
(718) 596-1829
FAX (718) 228-4612
CERBINLAW.COM

October 9, 2007

<u>Via Facsimile (212) 805-7901</u>
Chambers of Hon. Harold Baer, Jr.
United States Courthouse
500 Pearl Street
New York, NY 10007

MELENDEZ v NYC  07cv6511

Dear Judge Baer:

    I write to inform the Court that as of this afternoon I am on trial in the matter of People v. Carlos Perez in the Criminal Court of the City of New York, Kings County before the Hon. Suzanne Mondo; (Trial Part 4 - (347) 404-9350). We commenced *voir dire* this afternoon and I anticipate that the trial will last at least several days.

    I have discussed this matter with counsel for the defendants Shawn Fabian, Esq. Mr. Fabian is amenable to an adjournment (Please note however that he is on trial the week of Nov. 5, 2007).

    Accordingly, I respectfully request that the Court adjourn the conference now scheduled for October 10, 2007 at 4 p.m.

Respectfully submitted,

Scott G. Cerbin

Cc: Shawn Fabian, Esq.

*[Handwritten annotation by Judge:]* The Law Journal requires 48 hours notice - this is less than 24 - nonetheless, I will adjourn the matter to 10/25/07

SO ORDERED:
Harold Baer, U.S.D.J.
Date: 10/9/07

Martindale-Hubbell
**Peer Review Rated**
The Martindale-Hubbell Peer Review Icon is a service mark of Reed Elsevier Properties Inc., used under permission from Reed Elsevier Properties Inc. in accord with the terms and conditions established by Martindale-Hubbell.

Endorsement:

    The Law Journal notice requires 48 hours notice - this is less than 24 nonetheless I will adjourn the matter to 10/25/07 at 3:15 P.M.